JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN SOTO, et al.,<br><br>　　　　Defendants.<br>_____ | Case No. CV 15-5691-AB (KK)<br><br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: April 4, 2016

_____
HONORABLE ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE